**Thomas P. Riley, SBN 194706**                                         JS-6
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Rosa Elva Garcia, et al.,<br><br>Defendants. | CASE NO. 2:14-cv-07927-WDK-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ROSA ELVA GARCIA and ENRIQUE GUZMAN, individually and d/b/a EL APETITO RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ROSA ELVA GARCIA and ENRIQUE GUZMAN, individually and d/b/a EL APETITO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against ROSA ELVA GARCIA and ENRIQUE GUZMAN, individually and d/b/a EL APETITO RESTAURANT.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 29, 2015, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____       Dated:       06/22/15

**The Honorable William D. Keller
United States District Court
Central District of California**

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL
Case No. 2:14-CV-07927-WDK-PLA
PAGE 2**